**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE ROSENFELD,           ) | NO. CV 12-2051-DOC(E) |
|                            ) | |
|           Petitioner,      ) | |
|                            ) | |
|      v.                    ) | JUDGMENT |
|                            ) | |
| WARDEN, CCC,               ) | |
|                            ) | |
|           Respondent.      ) | |
| _____) | |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

         DATED: September 6, 2012.

                              _____
                                      DAVID O. CARTER
                              UNITED STATES DISTRICT JUDGE